Paul F. Sorrentino (SBN: 126348)
Jennifer L. Santa Maria (SBN: 225875)
JACKSON LEWIS LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 573-4900
Fax: (619) 573-4901
sorrentp@jacksonlewis.com
santamariaj@jacksonlewis.com

Attorneys for Defendant DUNBAR ARMORED, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO DIRIENZO, on behalf of himself, and on behalf of all persons similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>DUNBAR ARMORED, INC., a Maryland Corporation,<br><br>  Defendant | CASE NO.: 09 CV 2745 DMS JMA<br><br>[Assigned for all purposes to the Honorable Dana Sabraw]<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint Filed: December 8, 2009 |

TO: THE HONORABLE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN AND IN THE RELATED CASE:

Pursuant to Rule 40.1(e) of the Civil Local Rules, Defendant Dunbar Armored, Inc. ("Defendant") hereby provides notice of the following related case:

Title: ANTHONY ROGERS, on behalf of himself and on behalf of all others similarly situated, Plaintiff vs. DUNBAR ARMORED, INC., a Maryland corporation, and Does 1 through 100, inclusive, Defendants.

| | |
|---|---|
| Court: | Superior Court of the State of California for the County of Los Angeles |
| Case No: | Case No. BC 424 751 |
| Filed: | October 17, 2009 |
| Judge: | Hon. Holly Kendig (Dept. 42) |
| Claims: | |

1. Failure to Reimburse Expenses
2. Failure to Provide Meal Periods
3. Failure to Provide Rest Periods
4. Failure to Pay Wages When Terminated
5. Unlawful, Unfair and Deceptive Business Practices
6. Statutory Penalties

Defendant further provides the following information in accordance with CivLR 40.1(e):

(1) Although the named plaintiffs in the Rogers action and the instant action (Dirienzo) are different, each purports to represent overlapping putative classes identified as "Armored Truck Driver, Armored Truck Guard or other Armored Truck Personnel" of Dunbar Armored, Inc., as alleged in this Action.

(2) The cases are based on the same or similar alleged claims, *i.e.*, claims against Dunbar Armored, Inc. regarding alleged meal and rest break violations in violation of Labor Code section 226.7, alleged failure to pay all wages due upon termination under Labor Code section 203, alleged failure to reimburse necessary business expenses under Labor Code section 2802, and alleged unfair business practices pursuant to Business and Professions Code section 17200 et seq. The ERISA claim (the fifth cause of action) in the pending Dirienzo case was dismissed by this Court on May 12, 2010.

(3) The cases involve substantially the same facts and the same questions of law.

(4) Mediation has been scheduled for July 9, 2010 before mediator Mark S. Rudy. Counsel for Plaintiffs in both this case and the Rogers case have agreed to attend and participate in the

mediation. A true and correct copy of the mediation confirmation notice addressed to all counsel is attached hereto as Exhibit 1 and incorporated herein by reference.

(5) Defendant hereby attaches a true and correct copy of the Notice of Related Case filed on March 15, 2010 in the said related case of <u>Rogers v. Dunbar Armored, Inc.</u>, as Exhibit 2, which is incorporated herein by reference.

Dated: May 19, 2010   JACKSON LEWIS LLP


By: <u>/s/ Paul F. Sorrentino</u>
Paul F. Sorrentino
Jennifer L. Santa Maria
Attorneys for Defendant
DUNBAR ARMORED, INC.

# EXHIBIT 1

MEDIATION OFFICES OF

MARK S. RUDY, A PROFESSIONAL CORPORATION

351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 982-1457
FACSIMILE: (415) 434-0813

April 27, 2010

FOR ALL MEDIATION INQUIRIES:
JANET CLARK, LEGAL ASST
jclark@rezlaw.com
(415) 982-1457

Timothy D. Cohelan
Isam C. Khoury
Michael D. Singer
Cohelan, Khoury & Singer
605 C Street, Suite 200
San Diego, CA 92101

Daren H. Lipinsky
Michael A. Padgett
Brown & Lipinsky
5811 Pine Avenue, Suite A
Chino Hills, CA 91709

Norman B. Blumenthal
Blumenthal, Nordrehaug & Bhowmik
2255 Calle Clara
La Jolla, CA 92037

Mia D. Farber
Philline B. Parlan
Jackson Lewis, LLP
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408

Paul R. Sorrentino
Jackson Lewis, LLP
655 West Broadway, Suite 900
San Diego, CA 92101

Re: *Rogers, et al. v. Dunbar Armored, Inc.*,
*Dirienzo, et al. v. Dunbar Armored, Inc.*
*Rogers v. Dunbar Armored, Inc.*
Our File No.: 10193-001

Dear Counsel:

Mediation in the above matter is confirmed as follows:

| | |
|---|---|
| **Date:** | July 9, 2010 |
| **Time:** | 9:00 a.m. |
| **Location:** | Law Offices of Rudy, Exelrod, Zieff & Lowe, LLP |
| | 351 California Street, Suite 700 |
| | San Francisco, California |
| | |
| *Mediation Fees Must Be Received by*: | June 18, 2010 |
| *Mediation Briefs Must Be Received by*: | July 2, 2010 |

# EXHIBIT 2

Mia Farber (SBN 131467)
Philline B. Parlan (SBN 225270)
Pankit J. Doshi (SBN 231369)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
(213) 689-0404 - Office
(213) 689-0430 – Fax
farberm@jacksonlewis.com
parlanp@jacksonlewis.com
doship@jacksonlewis.com

Attorneys for Defendant
DUNBAR ARMORED, INC.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 15 2010

John A. Clarke, Executive Officer/Clerk
By _____ Deputy
GLORIETTA ROBINSON

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ANTHONY ROGERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUNBAR ARMORED, INC., a Maryland corporation, and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: BC 424 751<br><br>[Assigned for all purposes to the Hon. Holly Kendig, Dept. 42]<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint filed: October 17, 2009 |

TO THE HONORABLE COURT, PLAINTIFF ANTHONY ROGERS AND HIS ATTORNEYS OF RECORD HEREIN AND IN THE RELATED CASE:

Pursuant to California Rule of Court 804(a), Defendant Dunbar Armored, Inc. ("Defendant") hereby provides notice of the following potentially related cases:

COPY

**NOTICE OF RELATED CASE**

| | | |
|---|---|---|
| Title: | ALESSANDRO DIRIENZO, on behalf of himself, and on behalf of all persons similarly situated, Plaintiffs, vs. DUNBAR ARMORED, INC., a Maryland Corporation, Defendant. | |
| Court: | United States District Court – Southern District of California | |
| Case No: | Case No. 09CV2745 DMS/JMA | |
| Filed: | December 8, 2009 | |
| Judge: | Hon. Judge Dana Sabraw | |

**Claims:**
1. Unlawful, Unfair and Deceptive Business Practices
2. Failure to Indemnify
3. Failure to Provide Meal and/or Rest Periods
4. Failure to Pay Wages When Due
5. Declaratory, Equitable, and/or Appropriate Relief Under an ERISA Plan

Defendant provides the following information pursuant to California Rule of Court Rule 3.300(c):

(1) Although the named plaintiffs in the Dirienzo action and the instant action are different, each purports to represent overlapping putative classes identified as "Armored Truck Driver, Armored Truck Guard or other Armored Truck Personnel" of Dunbar Armored, Inc., as alleged in this Action.

(2) The cases are based on the same or similar claims, *i.e.*, claims by of Dunbar Armored, Inc. regarding alleged meal and rest break violations in violation of Labor code section 226.7, alleged failure to pay all wages due upon termination under Labor Code section 203, alleged failure to reimburse necessary business expenses under Labor Code section 2802, and unfair business practices pursuant to Business and Professions Code section 17200 et seq.; and

///

2

**NOTICE OF RELATED CASE**

1  (3)  The cases involve substantially the same facts and the same questions of law.

2

3
Dated: March 12, 2010           JACKSON LEWIS LLP
4

5

6                              By: _____
                                    Mia Farber
7                                   Philline B. Parlan

8                                   Attorneys for Defendant
                                    DUNBAR ARMORED, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

**NOTICE OF RELATED CASE**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

CASE NAME:     ROGERS v. DUNBAR ARMORED, INC.

CASE NUMBER:   BC424751

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408.

On **March 12, 2010**, I served the foregoing document described as: **NOTICE OF RELATED CASE** in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| TIMOTHY D. COHELAN, ESQ.<br>ISAM C. KHOURY, ESQ.<br>MICHAEL D. SINGER, ESQ.<br>JEFF GERACI, ESQ.<br>**COHELAN KHOURY & SINGER**<br>605 "C" STREET, SUITE 200<br>SAN DIEGO, CA 92101-5305<br><br>TELEPHONE: (619) 595-3001<br>FACSIMILE: (619) 595-3000<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ANTHONY ROGERS** | NORMAN B. BLUMENTHAL, ESQ.<br>KYLE R. NORDREHAUG, ESQ.<br>APARAJIT BHOWMIK, ESQ.<br>**BLUMENTHAL & NORDREHAUG**<br>2255 CALLE CLARA<br>LA JOLLA, CALIFORNIA 92037<br><br>TELEPHONE: (858) 551-1223<br>FACSIMILE: (858) 551-1232<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ALESSANDRO DIRIENZO**<br><br>WALTER HAINES, ESQ.<br>**UNITED EMPLOYEES LAW GROUP**<br>65 PINE AVENUE, #312<br>LONG BEACH, CALIFORNIA 90802<br><br>TELEPHONE: (562) 256-1047<br>FACSIMILE: (562) 256-1006<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ALESSANDRO DIRIENZO** |

///

☒ **BY MAIL**:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **STATE**:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 12, 2010**, at Los Angeles, California.

_____
ELIZABETH GARCIA-ZAPATA

*Alessandro Dirienzo, et al. v. Dunbar Armored, Inc.*
United States District Court, Southern District of California, Case No.09 CV 2745 DMS JMA

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 655 W. Broadway, Suite 900, San Diego, California 92101.

On May 19, 2010, I served the within documents:

( X )  **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

Norman B. Blumenthal, Esq.
Kyle R. Nordrehaug, Esq.
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, CA 92037
Tele: 858.551.1223
Fax:  858.551.1232
norm@bamlawlj.com
kyle@bamlawlj.com
*Attorney for Plaintiff*
*Alessandro Dirienzo*

Walter Haines, Esq.
UNITED EMPLOYEES LAW GROUP
65 Pine Avenue, #312
Long Beach, CA 90802
Tele: 562.256.1047
Fax:  562.256.1006
walter@whaines.com

*Attorney for Plaintiff*
*Alessandro Dirienzo*

Mia Farber (SBN 131467)
Philline B. Parlan (SBN 225270)
Pankit J. Doshi (SBN 231369)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
(213) 689-0404 - Office
(213) 689-0430 – Fax
farberm@jacksonlewis.com
parlanp@jacksonlewis.com
doship@jacksonlewis.com
*Attorneys for Defendant*
*DUNBAR ARMORED, INC.*
*(in Rogers case)*

( x )  **BY U.S. MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with he U.S. Postal Service, and that said document(s) were deposited with the U.S. Postal Service this same day in the ordinary course of business to the addressee(s) as noted below.

/ / /

/ / /

---

CASE NO.: 09 CV 2745 DMS JMA            4            Notice of Related Case

Timothy D. Cohelan, Esq.
Isam C. Khoury, Esq.
Michael D. Singer, Esq.
Jeff Geraci, Esq.
COHELAN KHOURY & SINGER
605 "C" Street, Suite 200
San Diego, Ca 92101-5305
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

***Attorneys for Plaintiff***
***Anthony Rogers***

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 19, 2010, at San Diego, California.

/s/ Kimberly Lasky
Kimberly Lasky
Jackson Lewis LLP
655 W. Broadway, Suite 900
San Diego, CA 92101
Tel: 619.573.4900
Fax: 619.573.4901
Email: fensterj@jacksonlewis.com

CASE NO.: 09 CV 2745 DMS JMA         5         **Notice of Related Case**