**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALESSANDRO DIRIENZO,<br><br>    Plaintiff,<br><br>vs.<br><br>DUNBAR ARMORED, INC.,<br><br>    Defendant. | CASE No. 09CV2745 DMS (JMA) |
| ANTHONY ROGERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>DUNBAR ARMORED, INC., *et al.*,<br><br>    Defendants. | CASE NO. 10CV1931 DMS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE ACTIONS** |

   Pending before the Court is the parties' joint motion to consolidate two related cases. The Court may exercise its discretion to consolidate cases when "actions before the Court involve a common question of law or fact." Fed. R. Civ. P. 42(a). The Court finds the requirements of Rule

42(a) are met. Accordingly, the parties' joint motion to consolidate *Rogers v. Dunbar Armored, Inc.*, 10cv1931 DMS (BGS) with *Dirienzo v. Dunbar Armored, Inc.*, No. 09cv2745 DMS (JMA) is granted. The Clerk of the Court shall maintain a Master Docket and Master File in Case No. 09cv2745 DMS (JMA).

**IT IS SO ORDERED.**

DATED: September 27, 2010

HON. DANA M. SABRAW
United States District Judge